UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-1685-CBS |
| | ) |
| v. | ) |
| | ) |
| 1. ANDRES MARTINEZ, | ) |
| 2. JOSE ROSALES, | ) |
| 3. VALENTIN MARTINEZ, | ) |
| 4. KELVIN MADERA, | ) |
| 5. ABDALLAH HAMDAN, | ) |
| 6. CARLOS RUIZ, | ) |
| 7. RICARDO MARTINEZ, | ) |
| 8. HOWARD GREENBERG, | ) |
| 9. CARLOS COLON-RIVERA, | ) |
| 10. ROGELIO GARCIA, | ) |
| 11. JAVIER ANGEL ROMERO, | ) |
| 12. CHRISTIAN GERMOSEN, | ) |
| 13. JUAN MARTINEZ, | ) |
| 14. GERARDO VASSEUR ORTIZ, | ) |
| 15. PHILIP ASARO, | ) |
| 16. SILVESTRE LIZARDI, | ) |
| 17. ROBERT RUSCIO, | ) |
| 18. GIOVANNI AVILA, | ) |
| 19. GILBERTO ZAYAS, and | ) |
| 20. LUIS DEJESUS, | ) |

    Defendants.

**GOVERNMENT'S MOTION TO SEAL COMPLAINT
AND AFFIDAVIT SA DROUIN IN ABOVE REFERENCED CASE**

The Government respectfully moves the Court to seal the Criminal Complaint and Affidavit of SA Drouin in light of the sensitivity of the enclosed information and to permit agents and

2-26-04
allowed
[signature]

2

other law enforcement personnel to effect the arrest of the above-referenced defendants.

                                  **MICHAEL J. SULLIVAN**
                                  United States Attorney

                                  */s/ Robert L. Peabody*
                                  **ROBERT L. PEABODY**
                                  Assistant U.S. Attorney
                                  (617)748-3240

**Dated:** February 26, 2004

Case 1:04-mj-01685-CBS   Document 3   Filed 02/26/2004   Page 2 of 2