AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

*filed in open court 5/3/04*

**APPEARANCE**

CASE NUMBER: 04-1685-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for CARLOS RUIZ
(INITIAL APPEARANCE + BAIL)

I certify that I am admitted to practice in this court.

MAY 3 2004
Date

Signature

ALAN D. CHIPMAN   552137
Print Name                                  Bar Number

LAW OFFICES OF RUSSELL SOBELMAN
152 THE LYNNWAY
Address

LYNN            MA           01902
City            State        Zip Code

(781) 581-1300    (781) 581-1719
Phone Number      Fax Number