AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 11 A 10:03
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Carlos RUIZ aka Coco-Colo

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Carlos RUIZ aka Coco-Colo _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

Charles B. Swartwood III
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

02-26-2004   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
USMS Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | [Signature] |
| DATE OF ARREST | | |
| 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Carlos RUIZ aka Coco-Colo

ALIAS: aka Coco-Colo

LAST KNOWN RESIDENCE: 106 BARTHOLOMEW STREET, PEABODY, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3799

HEIGHT:                                                                WEIGHT:

SEX:   M
                                                                        RACE:

HAIR:
                                                                        EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: