## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOS RUIZ, a/k/a Coco-Colo,<br>ET AL,<br>            Defendants, | **CRIMINAL ACTION**<br>**NO. 04-1685-CBS** |

## MEMORANDUM OF PROBABLE CAUSE AND
## ORDER OF DETENTION
**June 8, 2004**

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On February 26, 2004, a Criminal Complaint was filed, charging multiple Defendants, including Carlos Ruiz, a/k/a Coco-Colo ("Mr. Ruiz"), with conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §846.

At Mr. Ruiz' initial appearance on May 3, 2004, he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §§3142(f)(1)(B)(the offense charged provides for a maximum penalty of life imprisonment),(f)(1)(C)(Defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is

prescribed in the "Controlled Substances Act"), and (f)(2)(A)(risk of flight).

On June 4, 2004, Mr. Ruiz appeared for a consolidated probable cause/detention hearing and prior to that hearing, Mr. Ruiz waived his right to a probable cause hearing and assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Ruiz be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Ruiz be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Ruiz is detained and confined shall deliver Mr. Ruiz to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE